UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-22039-CIV-SEITZ/O'SULLIVAN

GELCYS VAZQUEZ,

    Plaintiff,

v.

GATOR DEVELOPMENT CORP.,

    Defendant.
_____/

### ORDER

THIS MATTER is before the Court pursuant to an order of reference entered by the Honorable Patricia A. Seitz, United States District Judge, for a fairness hearing to be conducted by the undersigned. Accordingly, it is

ORDERED AND ADJUDGED that a fairness hearing pursuant to <u>Lynn Food Stores v. United States</u>, 679 F.2d 1350 (11th Cir. 1982) is set before the undersigned on **Monday, August 17, 2009**, at **10:45 a.m.,** at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida 33128. **The parties shall be prepared to discuss the terms of the settlement agreement and the reasonableness of plaintiff's counsel's fees.** Request for continuance of this cause shall not be considered unless addressed to this Court in the form of a written motion. **The parties shall <u>promptly</u> notify the undersigned's Chambers if they wish attend this hearing by telephone.**

DONE AND ORDERED, in Chambers, at Miami, Florida, this **20th** day of July, 2009.

                                              JOHN J. O'SULLIVAN
                                              UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Seitz
All counsel of record